AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CARLOS ANASTACIO MARTINEZ-SERNA<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br>6:16-MJ- |

**FILED**
APR 27 2016
Clerk, U.S. District Court
Texas Eastern

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 24, 2016__ in the county of __Smith__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Defendant, violated 8 U.S.C. §§ 1326(a) and (b)(2) by illegally reentering the United States after being deported without applying for or receiving permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Secretary. |

This criminal complaint is based on these facts:
See Attachment A.

☑ Continued on the attached sheet.

*Complainant's signature*

Michele O'Brien, Deportation Officer, DHS/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/27/2016

*Judge's signature*

City and state:  Tyler, Texas          Honorable John D. Love, U.S. Magistrate Judge
*Printed name and title*